FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2010 MAR 24 PM 2: 22

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

ERIC ALBERT SEIDEN

CASE NO. 6:10-cr-73-ORL-22-DAB
18 U.S.C. § 2251(a)
18 U.S.C. § 1470
18 U.S.C. § 2422(b)
18 U.S.C. § 2253 - Forfeiture
18 U.S.C. § 2428 - Forfeiture
18 U.S.C. § 1467 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 1, 2009, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### ERIC ALBERT SEIDEN

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce, and did knowingly attempt to employ, use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which the defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, namely, the Internet; which the defendant knew and had reason to know would be transported in and affecting interstate and foreign commerce; which was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which was transported and transmitted using any means and facility of

interstate and foreign commerce, namely, the Internet; and which was transported and transmitted in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

On or February 1, 2009, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### ERIC ALBERT SEIDEN

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly transfer, and knowingly attempt to transfer, obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, in that the defendant knowingly transferred, and knowingly attempted to transfer, to a boy he believed was 15 years old an image which depicted an adult male exposing his erect penis.

All in violation of Title 18, United States Code, Section 1470.

## COUNT THREE

Beginning on or about September 2008, and continuing through on or about June 20, 2009, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

### ERIC ALBERT SEIDEN

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of

18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of F.S. 800.04.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in violations alleged in Count One of this Indictment, the defendant, **ERIC ALBERT SEIDEN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 1467.

4. The defendant, **ERIC ALBERT SEIDEN**, shall forfeit to the United State of America, any obscene material produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

5. The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2428.

6. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2424, the defendant, **ERIC ALBERT SEIDEN**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as result of such violation.

7. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1467(b), 2253(b), and 2428.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

5