UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 6:10-cr-73-Orl-22DAB

ERIC ALBERT SEIDEN

**<u>JOINT MOTION REQUESTING PROTECTIVE ORDER REGARDING DISCOVERY</u>**

COMES NOW the United States, acting through the undersigned Assistant United States Attorney, and states the following:

1. The discovery in this case contains information regarding the minor victim and his/her family.

2. In order to safeguard the identity of the minor victim, the parties have agreed as follows:

   a. The government will produce to the defendant unredacted copies of all E-mail and text message communications.

   b. The government will produce to the defendant copies of all reports of investigation. The government will redact the victim and the victim's family information.

   The parties understand that this information may only be shared with the defendant, members of the defense team and any expert hired by the defendant.

   c. The United States will make the images and physical evidence available for inspection at a mutually convenient time and location.

Wherefore, the parties respectfully request this Court to enter an order in accordance with the parties' agreement.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: *s/ Robert Alan Leventhal*  By: *s/ Carlos A. Perez-Irizarry*
Leventhal & Slaughter, PA  Carlos A. Perez-Irizarry
Florida Bar No. 119610  Assistant United States Attorney
111 N. Orange Ave., Suite 700  Florida Bar No. 0861251
Orlando, Florida 32801  501 West Church Street, Suite 300
Telephone: (407) 849-6161  Orlando, Florida 32805
Facsimile: (407) 843-3738  Telephone: (407) 648-7500
E-mail: bob@leventhal-slaughter.com  Facsimile: (407) 648-7643
E-mail: carlos.perez5@usdoj.gov