

301 N. Miami Ave
Miami, Florida 33128
305-523-5280

FILED

2010 MAY 17 PM 3: 04

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO-FLORIDA

TO: UNITED STATES DISTRICT COURT
401 W. CENTRAL BLVD., STE. 1200
ORLANDO, FL 32801-0120

RE: USA VS. SEIDEN

OUR CASE NUMBER - 10-2461-BROWN
YOUR CASE NUMBER -6:10-cr-73-ORL-22 DAB

DATE: 05/12/10

===============================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to

(Rule 40, 18:3653)

Please find enclosed the following documents:

| | |
|---|---|
| __X__ | Original file |
| _____ | Certified File (pertinent papers only) |
| _____ | Magistrate Proceedings |
| __X__ | CASH Bond  Amount $ _250K 10%_ |

(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely,


By _COLETTE FARRINGTON_
   Deputy Clerk

CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:10-mj-02461-STB All Defendants
### Internal Use Only

Case title: USA v. Seiden

Date Filed: 04/06/2010
Date Terminated: 04/20/2010

Assigned to: Ch. Magistrate Judge Stephen T. Brown

### Defendant (1)

**Eric Albert Seiden**
83668-004
*YOB: 1965; ENGLISH*
*TERMINATED: 04/20/2010*

represented by **Mark Daniel Seiden**
777 Brickell Avenue
Suite 400
Miami, FL 33131
305-577-4981
Fax: 577-8376
Email: MarkSeidenPA@markseidenlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

Warrant on Indictment from the Middle District of Florida, Orlando. Sexual Exploitation of Children 18:2251.F, Transfer of Obscent Materials to Minors 18:1470.F, Coercion or

### Disposition

*[Stamp:] Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida By [signature] Deputy Clerk Date 4-20-10*

Enticement of Femaile 18:2422.F

**Plaintiff**
USA            represented by    **Christopher J. Hunter**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
305-961-9061
Fax: 305-530-6168
Email: christopher.hunter@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2010 |  | Arrest Rule 5(c)(3)/Rule 40 of Eric Albert Seiden (mdc) (Entered: 04/06/2010) |
| 04/06/2010 | 1 | Report Commencing Criminal Action as to Eric Albert Seiden - DOB: \*\*/\*\*/1965 Prisoner #: 83668-004 (mdc) (Entered: 04/06/2010) |
| 04/06/2010 | 2 | Magistrate Removal of Indictment from Middle Florida, Orlando as to Eric Albert Seiden Case number in the other District 6:10-cr-73-Orl-22-DAB (mdc) (Entered: 04/06/2010) |
| 04/06/2010 | 3 | Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Eric Albert Seiden held on 4/6/2010. Mark Seiden appeared as TEMPORARY COUNSEL OF RECORD. (Digital 14:12:18.) (Tape #10-D-14.) (mdc) (Entered: 04/06/2010) |
| 04/06/2010 | 4 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Mark Daniel Seiden appearing for Eric Albert Seiden (mdc) (Entered: 04/06/2010) |
| 04/06/2010 | 5 | Order on Initial Appearance as to Eric Albert Seiden for proceeding held on 4/6/2010. Mark Seiden appeared as Temporary Counsel of Record. Report Re: Counsel Hearing set for 4/9/2010 10:00 AM in Miami Division before Duty Magistrate. Defendant held Temporary Pretrial Detention. Detention Hearing set for 4/9/2010 10:00 AM in Miami Division before Duty Magistrate. Removal Hearing set for 4/20/2010 10:00 AM in Miami Division before Duty Magistrate. Signed by Ch. Magistrate Judge Stephen T. Brown on 4/6/2010. Tape #10D-14 (Digital 14:12:18.) (mdc) (Entered: 04/06/2010) |
| 04/08/2010 | 6 | NOTICE OF ATTORNEY APPEARANCE: Mark Daniel Seiden appearing for Eric Albert Seiden *Permanent* (Seiden, Mark) (Entered: 04/08/2010) |
| 04/09/2010 | 7 | Minute Entry for proceedings held before Ch. Magistrate Judge Stephen T. Brown: Detention Hearing as to Eric Albert Seiden held on 4/9/2010. Witness S/A Joseph Grey testified. Report Re: Counsel Hearing as to Eric Albert Seiden held on 4/9/2010. Bond set as to Eric Albert Seiden (1) |

| | | |
|---|---|---|
| | | $500,000.00 PSB cosigned by mother, $250,000.00 w/10% and $100,000 CSB. Defendant to surrender travel documents to PTS; report to PTS twice a week in person; not to encumber property; may not visit transportation establishments (for this case only); travel extended to MD/FL; 24-hours home confinement with electronic monitoring to be paid for by defendant. Conditions set pursuant to the Adam Walsh Act and additional conditions as noted on the attached image. (Digital 10:16:28.) (Tape #10D-17.) (cg1) (Entered: 04/09/2010) |
| 04/09/2010 | 8 | $250,000 10% PSB Bond Entered as to Eric Albert Seiden Receipt # 233554. Approved by Ch. Magistrate Judge Stephen T. Brown Special Conditions: Surrender all passports and travel documents to the Pretrial Services Office;2 times per week in person. None of the signatories may sell, pledge, mortgage, etc., any property they own, real or personal, until the bond is discharged;l. May not visit commercial transportation establishment airports, seaport/marinas, commercial bus terminals, train stations, etc.;p. May travel to m/d fl and from s/d fl location and must notify Pretrial Services of travel plans before leaving and upon return.;q. Comply with additional conditions of bond; please see attached form home confinement program and additional conditions (nf) (Entered: 04/13/2010) |
| 04/09/2010 | 9 | $100,000 CSB Bond Entered as to Eric Albert Seiden Approved by Ch. Magistrate Judge Stephen T. Brown Special Conditions: a. Surrender all passports and travel documents to the Pretrial Services Office;b. Report to Pretrial Services as 2 times per week by phone,k. None of the signatories may sell, pledge, mortgage, etc., any property they own, real or personal, until the bond is discharged;l. May not visit commercial transportation establishment airports, seaport/marinas, commercial bus terminals, train stations, etc.; this case only p. May travel to m/d fl and from s/d fl location and must notify Pretrial Services of travel plans before leaving and upon return.;q. Comply with additional conditions of bond; see attached for home confinement program and additional conditions (nf) (Entered: 04/13/2010) |
| 04/09/2010 | 10 | $500,000 PSB Bond Entered as to Eric Albert Seiden Approved by Ch. Magistrate Judge Stephen T. Brown Special Conditions: a. Surrender all passports and travel documents to the Pretrial Services Office;b. Report to Pretrial Services 2 times per week by phonek. None of the signatories may sell, pledge, mortgage, etc., any property they own, real or personal, until the bond is discharged;l. May not visit commercial transportation establishment airports, seaport/marinas, commercial bus terminals, train stations, etc.; this case onlyp. May travel to m/d fl and from s/d/ fllocation and must notify Pretrial Services of travel plans before leaving and upon return.;q. Comply with additional conditions of bond; see attached for home confinement program and additional conditons (nf) (Entered: 04/13/2010) |
| 04/14/2010 | 11 | TRANSCRIPT of Pretrial Detention Hearing as to Eric Albert Seiden held on 4/9/2010 before Ch. Magistrate Judge Stephen T. Brown, 1-32 pages, Court Reporter: Jerald M. Meyers, 954-431-4757 / crjm@aol.com. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | |
|---|---|---|
| | | Redaction Request due 5/10/2010. Redacted Transcript Deadline set for 5/18/2010. Release of Transcript Restriction set for 7/16/2010. (Attachments: # 1 Designation)(mc) (Entered: 04/14/2010) |
| 04/20/2010 | 12 | Minute Entry for proceedings held before Magistrate Judge Edwin G. Torres: Status Conference re removal as to Eric Albert Seiden held on 4/20/2010. Defendant waives removal and ordered removed to the MD/Florida. (Digital 10:15:18.) (Tape #10EGT-21-3068.) (gm1) (Entered: 04/20/2010) |
| 04/20/2010 | 13 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Eric Albert Seiden (gm1) (Entered: 04/20/2010) |
| 04/20/2010 | 14 | WARRANT of Removal Issued by Magistrate Judge Edwin G. Torres on 4/20/2010 to Middle District of Florida as to Eric Albert Seiden (gm1) (Entered: 04/20/2010) |

# COURT MINUTES

**U.S. MAGISTRATE JUDGE** EDWIN G. TORRES - **COURTROOM** No. 4

SCANNED

**DATE:** 4/20/10    **TIME:** 10:00 A.M.    **PAGE:** 4

**DEFT:** ERIC A. SEIDEN (B) J83668-004    **CASE NO:** 10-2461-BROWN

**AUSA:** _____

**ATTY:** MARC SEIDEN ESQ.

**AGENT:** _____

**VIOL:** WARR/IND/M/D FL CHILD PORNO

**PROCEEDING:** REMOVAL

**RECOMMENDED BOND:** _____

**BOND/PTD CONTESTED HRG** - yes / no

**CJA APP'T:** _____

**BOND SET @:** $500K PSB $250K W/10% & 100K CSB (HRG HELD)

**To be cosigned by:** _____
**INTERPRETER:** English

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: _____
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by _____
- ☐ Other _____

**Disposition:** Deft waives removal and ordered removed to the MD/Florida.

**NEXT COURT APPEARANCE:** DATE: / TIME: / JUDGE: / PLACE:

- REPORT RE COUNSEL:
- PTD/BOND HEARING:
- PRELIM/ARRAIGN. OR REMOVAL:
- STATUS CONFERENCE

**DAR No.** 10:15:18    **Tape No.:** 10-EGT 21-3068    **TIME IN COURT:** 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. **10-2461-BROWN**

UNITED STATES OF AMERICA,

vs.                                    **WAIVER OF REMOVAL HEARING**

ERIC A. SEIDEN,                    /

I, **ERIC A. SEIDEN** charged in a proceeding pending in the **MIDDLE** District of **FLORIDA** and having been arrested in the Southern District of Florida and taken before **EDWIN G. TORRES,** United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/order for my removal to the **MIDDLE** District of **FLORIDA** where the aforesaid charge is pending against me.

  **DONE** and **ORDERED** at Miami, Florida this **20th** Day of **APRIL**, **2010**.

_____         _____
Witness                                                          Signature of Defendant

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-2461-BROWN

UNITED STATES OF AMERICA,

v.

ERIC A. SEIDEN

**WARRANT OF REMOVAL**
REG NO.: 83668-004

A(n) _____ Complaint

__XX__ Indictment

_____ Information

_____ Supervised Release Warrant

_____ Bench Warrant

having been filed in the M/D FL., charging the above named defendant with **CHILD PORNO** and the defendant having

_____ surrendered

__X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

__✓__ waived further hearing

_____ been given a hearing in accordance with Fed.R.Crim.P. 40.

**DONE AND ORDERED** at Miami, Florida this 20TH Day of APRIL, 2010.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

# COURT MINUTES

**CHIEF U.S. MAGISTRATE JUDGE** STEPHEN T. BROWN — **COURTROOM NO.** 10
**DATE:** 4/9/10  **TIME:** 10:00 A.M.  **PAGE:** 9

**DEFT:** ERIC ALBERT SEIDEN(J) #83668-004  **CASE NO:** 10-2461-BROWN
**AUSA:** Jose Bonau  **ATTY:** Marc Seiden
**AGENT:**  **VIOL:** WARR/IND/M/D/FL - ONLINE ENTICEMENT/PRODUCTION/CHILD PORNOGRAPHY

**PROCEEDING:** RRC/PTD/REMOVAL  **RECOMMENDED BOND:** TEMP PTD
**BOND/PTD CONTESTED HRG** — yes / no  **CJA APP'T:**
**BOND SET @:** $500K PSB, $250K 10% + $100K CSB  **To be cosigned by:** mother (PSB)
**INTERPRETER:** none - English

**Disposition:** Marc Daniel Seiden appeared as temp cnsl / Removal set for 4/20

- [x] All Standard Conditions.
- [x] Surrender / or do not obtain passports / travel documents
- [x] Rpt to PTS as directed / or ___ x's a week/month by phone; 2 x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [x] Not to encumber property. 500,000 PSB cts / 250,000 -10% / 100,000 CSB.
- [ ] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [x] May Not visit Transportation Establishments. — for this case only
- [x] Travel extended to: M DD FL
- [x] Home Confinement: Electronic Monitoring and/or Curfew 24 hrs paid by Deft — see attached
- [ ] Other

Counsel filed permanent appearance
mother, Francis Lovel - sworn
PTD hrg held by mom
STA Joseph Grey sworn

Conditions set pursuant to the Adam Walsh Act & ADD'L conditions as noted attached.

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**  **PLACE:**
**REPORT RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**
**STATUS CONFERENCE**

100-17
10:16:28

SCANNED

40 min

*conditions:* ERIC SEIDEN
CASE # 10-2461-Brown

## ADDITIONAL SPECIAL CONDITIONS OF BOND - SEX OFFENDER CONDITIONS

*According to the Adam Walsh Child Protection Act, the Court is required to impose electronic monitoring as a condition of pretrial release in any case that involves a minor under 18 U.S.C. 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2241A, 2252(a)(1) to (3), 2252A(a)(1) to (4) 2260, 2421, 2422, 2423, 2425, or 2250 failure to register offense. In addition to imposing an electronic monitoring condition, the section requires that a court also impose a minium, the conditions specified in 3142(c)(1)(B)(iv)(v)(vi)(vii) and (viii). These conditions are:* abide by specified restrictions on personal associations, place of abode, or travel; avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew and refrain from possessing a firearm, destructive device or other dangerous weapons. In addition to the Adam Walsh Child Protection Act, the following special conditions of release are imposed:

✓ ~~Report to Pretrial Services as directed~~ Report to PTS — 2x wk in person

✓ Defendant may not have direct or indirect contact with victim(s), or any child under the age of 18, unless approved by the Court.

✓ Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer(s) equipment at his/her place of employment or on the computer at the residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

✓ Defendant must participate in mental health counseling, that may include submitting to sex offense specific evaluation and/or specialized sex offender treatment.

✓ Participate in the home confinement program 24 hours, monitored electroncially, with allowances to leave the residence for work, medical court appearances and attorney visits as approved by U.S. Probation. The cost to be paid by the defendant ~~based on his ability to pay~~ PP by deft

✓ Defendant shall not possess, procure, purchase or otherwise obtain access to any form of computer network, bulletin board, internet, or exchange format involving computers. He/she will not be permitted to have access to any connectivity device that transmits and receives any type of media, i.e., (not limited to) cellular phone, PDA., laptop, fax, scanner, printer and/or computer. + IPAD can have phone but w/ no internet cell

✓ Defendant is prohibited from establishing or maintaining any Internet/Intranet Electronic Mail (e-mail) Account or access the use of another individuals e- mail account, i.e., AOL, Hotmail, Yahoo, any other ISP or work related accounts. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.

✓ Defendant shall not establish an account or connection to any Internet/Intranet Host Computer (Mainframe, Mini-Computer or Micro Computer) or at any given time to a Commercial Online Services Provider (i.e., AOL, CompuServe, Delphi, BellSouth, Mindsprint, etc., or any SLIP/PPP Internet/Intranet Provider.) Defendant shall not establish or have use of any Internet/Intranet File Transfer Protocol (FTP) account.

✓ Prohibited from accessing any type of chat room, bulletin board system, or any other public or private network with access to email (i.e., library, schools, cafes, businesses).

✓ Defendant is not permitted to enter or to use any state, federal or private library's network access to the world wide web.

✓ Defendant is not permitted to enter any public or private Internet/Intranet Cafes or any commercial enterprise which provides access to the world wide web.

✓ Should the defendant be legitimately employed or be engaged in any type of business enterprise where there is or are any computers, stand alone, network, or laptops, he or she will refrain and not access the World Wide Web.

✓ Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-2461-BROWN

UNITED STATES OF AMERICA

    Plaintiff,

v.

ERIC ALBERT SEIDEN

DOB:1965    (J) 83668-004

    Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Chris Hunter_    Language _English_
Agent _ICE_    Tape No. 10D-_____
    D.A.R No. _14:12:18_

The above-named defendant having been arrested on _04/06/10_ having appeared before the court for initial appearance on _04/06/10_ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon ORDERED as follows:

1. _Mark Seiden_ appeared as temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _4/9_, 2010.
4. Arraignment/Preliminary/**Removal/Identity** hearing is set for _4/20_, 2010.
5. The defendant is held in temporary detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
6. A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _4/9_, 2010.
7. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____


SCANNED

# ERIC ALBERT SEIDEN

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____a. Surrender all passports and travel documents to the Pretrial Services Office (not to obtain any new ones).
____b. Report to Pretrial Services as follows:____time(s) a month in person;____time(s) a month by phone ____ as directed; _____
____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew:_____
____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals, no navigable waters
____j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this __6TH__ day of __APRIL__, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-2461 Brown

UNITED STATES OF AMERICA,
Plaintiff,

v.

Eric Albert Seiden

Defendant.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW Mark Seiden and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Mark Seiden

Counsel's Signature: _____

Address (include City/State/Zip Code):
777 Brickell Ave #400
Miami, FL 33131

Telephone: (305) 577-4181   Florida Bar Number: 361070

Date: 6 APR 10


SCANNED

# COURT MINUTES
## U.S. MAGISTRATE JUDGE STEPHEN T. BROWN - ATKINS BLDG - 10TH FL
DATE: 04/06/10   TIME: 2:00 P.M.   PAGE: 3

DEFT: ERIC ALBERT SEIDEN (J)83668-004   CASE NO: 10-2461-BROWN

AUSA: Chris Hunter   ATTY: Mark Seiden - temp

AGENT: ICE   VIOL: WARR/IND/M/D/FL/TRANS OBCENE MATERIAL ONLINE ENTICEMENT PROD OF CHILD PORN

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: PTD

BOND/PTD CONTESTED HRG - yes / no   CJA APP'T:

BOND SET @: temp PTD

To be cosigned by:
INTERPRETER: None - English

- [ ] All Standard Conditions.
- [ ] Surrender / or do not obtain passports / travel documents
- [ ] Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in a mental health assessment and treatment
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Not to encumber property.
- [ ] Maintain or seek full - time employment/education.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] May Not visit Transportation Establishments.
- [ ] Travel extended to: ___
- [ ] Home Confinement: Electronic Monitoring and/or Curfew ___ paid by ___
- [ ] Other ___

Disposition:

NEXT COURT APPEARANCE:
- REPORT RE COUNSEL: DATE: 4/9  TIME: 10:00 a.m.
- PTD/BOND HEARING: 4/9
- PRELIM/ARRAIGN. OR REMOVAL: 4/20
- STATUS CONFERENCE

TAPE NO. 10-D 14  Begin: 14:12:18

TIME IN COURT: 5 min

 

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
    Plaintiff

VS.

Eric Albert Seiden
    Defendant

CASE NUMBER: CR: 73-ORL-22DAB
10-2461-BROWN

REPORT COMMENCING CRIMINAL ACTION

83668-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT        (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 4-6-2010    (A.M.) 815    P.M.

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: 18 USC 2422(b) transmission of obscene material   18 USC 2251(a) - online enticement
    18 USC 1470 - Production of child Porn

(4) DATE OF BIRTH: 08/22/1965

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   {✓} INDICTMENT      { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT: Middle District of Florida

(6) REMARKS:

(7) DATE: 4-6-2010    (8) ARRESTING OFFICER: Joe Grey

(9) AGENCY: ICE      (10) PHONE: (321) 403-3574

(11) COMMENTS:

SCANNED