UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:10-cr-73-Orl-22DAB

ERIC ALBERT SEIDEN

**MOTION STATING GOVERNMENT'S POSITION REGARDING CONTINUANCE AND GOVERNMENT'S REQUEST TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

COMES NOW the United States, acting through the undersigned Assistant United States Attorney, and respectfully states that the United States does not oppose the defense request for a trial continuance in this matter. The United States further states that the interest of justice justifies the continuance.

The parties are working diligently in resolving the forensic discovery issues in this matter.

The parties are meeting on June 15, 2010 to review the evidence and further address the forensic discovery issues in this matter.

In light of the fact that the defendant has filed an unopposed request for continuance, the United States requests that the Court extend the time for the parties to file pretrial motions in this case.

Counsel for defendant does not oppose this request.

The matters being addressed by the parties may result in a resolution of this matter without a trial.

>Respectfully submitted,
>
>A. BRIAN ALBRITTON
>United States Attorney
>
>By: *s/ Carlos A. Perez-Irizarry*
>Carlos A. Perez-Irizarry
>Assistant United States Attorney
>Florida Bar No 861251
>501 West Church Street, Suite 300
>Orlando, Florida 32805
>Telephone: (407) 648-7500
>Facsimile: (407) 648-7643
>E-mail: carlos.perez5@usdoj.gov

U.S. v. ERIC ALBERT SEIDEN										Case No. 6:10-cr-73-Orl-22DAB

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark Seiden, Esq.
    Robert Alan Leventhal, Esq.

    *s/ Carlos A. Perez-Irizarry*
    Carlos A. Perez-Irizarry
    Assistant United States Attorney
    Florida Bar No 861251
    501 West Church Street, Suite 300
    Orlando, Florida  32805
    Telephone:   (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail:        carlos.perez5@usdoj.gov